**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colorado Casualty Insurance Company; , ) | No. CV 07-2535-PHX-JAT |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Broan-NuTome, LLC, ) | |
| Defendant. ) | |

**IT IS ORDERED** that on January 22, 2008, at 10:30 a.m., Defendant shall appear and show cause why this case should not be remanded to state court for lack of federal subject matter jurisdiction. Specifically, Defendant has failed to allege the citizenship of each member of the LLC and therefore, the Court cannot determine whether there is complete diversity.[1]

DATED this 19th day of December, 2007.

James A. Teilborg
United States District Judge

---

[1] Unincorporated enterprises are analogized to partnerships, which take the citizenship of every general and limited partner. *Carden v. Arkoma Associates*, 494 U.S. 185 (1990). ... [L]imited liability companies are citizens of every state of which any member is a citizen. *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 692 (7th Cir. 2003); *see also Johnson v. Columbia Properties Anchorage,* 437 F.3d 894, 899 (9th Cir. 2006).